# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESTER HOWARD** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-2288 |
| | : | |
| **CITY OF PHILADELPHIA POLICE DEPARTMENT, ET AL.** | : | |
| | : | |

## ORDER

This 6th day of June, 2022, it is hereby **ORDERED** that Defendants' Motion for Partial Summary Judgment is **GRANTED**. All claims against the Philadelphia Police Department are dismissed with prejudice. All claims against Officer Ne'Keea Halsey are dismissed with prejudice. All claims against Detective Kevin Duffy are dismissed with prejudice. All claims against Officer Marvis Knight and Officer Lee Marrero are dismissed with prejudice, except for claims alleging excessive force, assault, and battery. This case shall proceed to trial only on the excessive force, assault, and battery claims against Officer Knight and Officer Marrero.

       /s/ Gerald Austin McHugh
       United States District Judge